**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

| | | |
|---|---|---|
| DAVID ROSENBERG, Individually and On Behalf of All Others Similarly Situated, | : | No. 1:17-cv-00025 |
| | : | |
| | : | **CLASS ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ALLERGAN PLC (f/k/a ACTAVIS PLC), BRENTON L. SAUNDERS, PAUL M. BISARO, MARIA TERESA HILADO, and ROBERT TODD JOYCE, | : | |
| | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------- x

## NOTICE OF THE MOTION OF SJUNDE AP-FONDEN AND UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF SELECTION OF COUNSEL</u>

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Sjunde AP-Fonden ("AP7") and Union Asset Management Holding AG ("Union"), will move this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), on a date and at such time as may be designated by the Court, at 40 Foley Square, New York, New York 10007, for an order: (1) appointing AP7 and Union as Lead Plaintiff; and (2) approving AP7 and Union's selection of Kessler Topaz Meltzer & Check, LLP and Motley Rice LLC as Lead Counsel for the proposed class.

This Motion is made on the grounds that AP7 and Union are the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, AP7 and Union submit the accompanying Memorandum of Law in Support of the Motion of Sjunde AP-Fonden and Union Asset Management Holding AG for Appointment as Lead Plaintiff and Approval of Selection of Counsel and the Declaration of Naumon A. Amjed in Support of the Motion of Sjunde AP-Fonden and Union Asset Management Holding AG for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

DATED:  January 3, 2017                    Respectfully submitted,

                                           **KESSLER TOPAZ**
                                           **   MELTZER & CHECK, LLP**

                                           *s/ Naumon A. Amjed*
                                           _____

                                           Naumon A. Amjed
                                           Darren J. Check
                                           Ryan T. Degnan
                                           280 King of Prussia Road
                                           Radnor, PA 19087
                                           Telephone: (610) 667-7706
                                           Facsimile: (610) 667-7056
                                           namjed@ktmc.com

dcheck@ktmc.com
rdegnan@ktmc.com

**MOTLEY RICE LLC**
James M. Hughes
Gregg S. Levin
28 Brightside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
jhughes@motleyrice.com
glevin@motleyrice.com

*Counsel for Sjunde AP-Fonden and*
*Union Asset Management Holding AG and*
*Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Naumon A. Amjed*
Naumon A. Amjed