UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHARLES RICHARD HAILE, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALLERGAN PLC, BRENTON L. SAUNDERS, PAUL M. BISARO, MARIA TERESA HILADO, and R. TODD JOYCE, <br><br> Defendants. | Civil Action No. 1:16-cv-08661-VEC <br><br> <u>CLASS ACTION</u> |
| DAVID ROSENBERG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALLERGAN PLC (f/k/a ACTAVIS PLC), BRENTON L. SAUNDERS, PAUL M. BISARO, MARIA TERESA HILADO and ROBERT TODD JOYCE, <br><br> Defendants. | Civil Action No. 1:17-cv-00025 <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

1220704_1

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed lead plaintiff, Strathclyde Pension Fund (the "Pension Fund"), will move this Court, on a date and time as may be designated by the Court, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, for an order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), consolidating the above-captioned actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, appointing the Pension Fund as lead plaintiff and approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as lead counsel.  In support of this motion, the Pension Fund submits the accompanying Memorandum of Law, Declaration of David A. Rosenfeld and a [Proposed] Order.

DATED:  January 3, 2017                     ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD

                                                   s/ David A. Rosenfeld
                                            DAVID A. ROSENFELD

                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            DANIELLE S. MYERS
                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101-8498
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            [Proposed] Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 3, 2017.

    s/ David A. Rosenfeld
    DAVID A. ROSENFELD

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    58 South Service Road, Suite 200
    Melville, NY  11747
    Telephone:  631/367-7100
    631/367-1173 (fax)

    E-mail:  drosenfeld@rgrdlaw.com

1220704_1

# Mailing Information for a Case 1:16-cv-08661-VEC Haile, Jr. v. Allergan plc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:17-cv-00025 Rosenberg v. Allergan PLC (f/k/a Actavis PLC) et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amalgamated Bank, as Trustee for the Longview Collective Investment Fund**
  bhart@lowey.com

- **Jack Gerald Fruchter**
  jfruchter@aftlaw.com

- **Barbara J. Hart**
  bhart@lowey.com

- **Cassandra Lynn Porsch**
  CPorsch@aftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`